**SO ORDERED.**

**SIGNED this 28 day of April, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE

In re

MARC HOBSON CRAWLEY, JR.,     No. 10-51040
                 Debtor.     Chapter

**O R D E R**

This case is before the court on the debtor's application to waive filing fee filed on April 23, 2010. The application is granted and the fee is waived.

# # #